**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01559-MEH

Meggs, et al.

       Plaintiffs,

  vs.

GPIF Brown Palace Hotel, LLC

       Defendant.

_____/

**NOTICE OF SETTLEMENT**

The Plaintiffs, with consent of the Defendant, by and through undersigned counsel hereby inform this Court that the parties have settled the above-captioned matter in principle. Counsel for the respective parties are in the process of crafting a settlement agreement and expect to file a stipulated dismissal within the next sixty days. The Parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

Respectfully submitted this 15th day of November 2022.

                                                  *s/ Jon G. Shadinger Jr.*
                                                  Jon G. Shadinger Jr., Esq.
                                                  Shadinger Law, LLC
                                                  717 E. Elmer Street, Suite 7
                                                  Vineland, NJ 08360
                                                  Direct (609) 319-5399
                                                  Office (609) 236-3211
                                                  Fax (609) 900-2760
                                                  js@shadingerlaw.com
                                                  *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
