# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01559-MEH

John Meggs et al,

      Plaintiffs,

  vs.

GPIF Brown Palace Hotel, LLC,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 7th day of March 2023,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

*/s/ Julia N. Sarnoff*
Julia N. Sarnoff, Esq.
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, D.C. 20004
Phone (202) 828-3535
Fax (202) 641-9185
jsarnoff@seyfarth.com
*Attorneys for Defendant*